IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| RYAN HITCHINS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL NO. 2:18-CV-95 |
| | § | |
| CHRISTOPHER J GALE, *et al*, | § | |
| | § | |
| Defendants. | § | |

# <u>ORDER</u>

The Court has received Defendants' Motion to Dismiss, Dkt. No. 12; the Magistrate Judge's Memorandum and Recommendation ("M&R") to dismiss case, Dkt. No. 24; and Plaintiff's Objections to the M&R, Dkt. Nos. 28, 30.[1]

After independently reviewing the filings, the record, and applicable law, the Court **ADOPTS** the M&R, Dkt. No. 24. Accordingly, the Court **GRANTS** Defendants' Motion to Dismiss, Dkt. No. 12, pursuant to Federal Rule of Civil Procedure 12(b)(1) for lack of subject matter jurisdiction, and **DENIES** Defendants' request for monetary sanctions, Dkt. No. 18.

This case is therefore **DISMISSED WITHOUT PREJUDICE**. The Court **DIRECTS** the Clerk of the Court to close the case.

SIGNED this 1st day of March, 2019.

_____
Hilda Tagle
Senior United States District Judge

---

[1] The Court finds no difference between Plaintiff's Objections docketed as #28 and Plaintiff's Objections docketed as #30. The Court will therefore treat them as the same objections.